# In the United States Court of Federal Claims

Case No. 04-1305C
(Filed: November 22, 2004)

*****************************************************
BRAWLEY II INVESTMENT GROUP, *
A California Limited Partnership, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

Defendant's second unopposed Motion for an Enlargement of Time (45 days, for a total of 83 days) until January 3, 2005, to answer Plaintiff's Complaint is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge