# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

RAMONA INVESTMENT GROUP II,

Plaintiff,

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C - ADR Pilot**

**Filed: September 9, 2005**

**PIXLEY INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY I INVESTMENT GROUP,**

**Plaintiff,**

**BRAWLEY II INVESTMENT GROUP,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

# O R D E R

An ADR status conference was held in the above-captioned cases on September 9, 2005. At the conference, counsel for both parties indicated that negotiations were progressing positively. The court commends the parties for their continued cooperation, hard work, and progress achieved in the three lead ADR cases, Grass Valley Investment Group I v. United States, No. 04-1284C, Diamond Springs Investment Group II v. United States, No. 04-1302C, and Weaverville Investment Group I v. United States, No. 04-1320C. As discussed with the parties, the court **SCHEDULES** the next status conference for **Monday, October 17, 2005, at 10:30 a.m. EDT.** Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiffs' counsel at (612) 305-4444 and defendant's counsel at (202) 305-7561. A copy of this order is being provided to the presiding trial judges.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**