# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **GRASS VALLEY INVESTMENT GROUP I,**<br>**Plaintiff,**<br>**DIAMOND SPRINGS INVESTMENT GROUP II,**<br>**Plaintiff,**<br>**WEAVERVILLE INVESTMENT GROUP I,**<br>**Plaintiff,**<br>**HOLLISTER INVESTMENT GROUP II,**<br>**Plaintiff,**<br>**RAMONA INVESTMENT GROUP II,**<br>**Plaintiff,**<br>**PIXLEY INVESTMENT GROUP,**<br>**Plaintiff,**<br>**BRAWLEY I INVESTMENT GROUP,**<br>**Plaintiff,**<br>**BRAWLEY II INVESTMENT GROUP,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1259C, 04-1315C, 04-1287C, 04-1305C**<br>**ADR Pilot**<br><br>**Filed: March 22, 2006** |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

An abbreviated ADR conference was held by telephone in the above-captioned cases on March 21, 2006. At the status conference, together with the undersigned, the parties identified assignments for additional work to be concluded prior to the next ADR conference, which will be held in person. As discussed with the parties, the next ADR conference is scheduled for **Monday, May 8, 2006 and Tuesday, May 9, 2006,** and will commence each day at **9:30 a.m. EDT**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR JUDGE**