# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

HOLLISTER INVESTMENT GROUP II,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * *

**Nos. 04-1284C, 04-1302C, 04-1320C, 04-1297C, 04-1315C, 04-1287C, 04-1305C**

**Filed: April 4, 2007**

## O R D E R

The United States Department of Justice advised the court on April 3, 2007 that the plaintiffs' offer of settlement in the above-captioned cases has been accepted. This milestone settlement, which embraces 283 cases filed before the United States Court of Federal Claims, including the representative cases listed above, reflects the hard work, cooperative attitudes, creativity, persistence, patience and professionalism of the many individuals involved, including personnel at the United States Department of Justice, the

United States Department of Agriculture, Eckland & Blando, and Faegre & Benson. The court commends you all.

In order to identify the next steps to be taken to implement the parties' settlement agreement, the court has **SCHEDULED** an ADR Status Conference for **Thursday, April 12, 2007, at 2:30 p.m. EDT**. Unless otherwise informed, the court will contact plaintiffs' counsel Eckland and Blando at (612) 236-0169; plaintiffs' counsel Snider and Roberts at (612) 766-7816; and defendant's counsel Brilliant, Kessler, Peden and Anderson at (202) 616-8275. On or before **Wednesday, April 11, 2007, at 12:00 p.m. EDT**, the attorneys of record shall inform chambers personnel, at (202) 357-6580, of the addition or deletion of participants, or any change in telephone numbers for the April 12, 2007 ADR Conference.

This order is being provided to the presiding trial judges in the above-captioned lead ADR cases, and may similarly be provided to any interested plaintiffs or United States Department of Justice and United States Department of Agriculture personnel.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**ADR Judge**