**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

GRASS VALLEY INVESTMENT GROUP I,

Plaintiff,

DIAMOND SPRINGS INVESTMENT GROUP II,

Plaintiff,

WEAVERVILLE INVESTMENT GROUP I,

Plaintiff,

PIXLEY INVESTMENT GROUP,

Plaintiff,

BRAWLEY I INVESTMENT GROUP,

Plaintiff,

BRAWLEY II INVESTMENT GROUP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

Case Nos. 04-1284C, 04-1302C, 04-1320C, 04-1315C, 04-1287C, 04-1305C

ADR Pilot Program
(Judge Marian Blank Horn)

**JOINT STATUS REPORT**

The parties respectfully submit the following Joint Status Report pursuant to the Court's Order of April 23, 2007.

As previously reported, the Section 515 Litigation Settlement Agreement was fully executed effective May 21, 2007, following which the parties entered the implementation phase

of the settlement process. The parties continue to confer with one another on a frequent basis to address various issues related to the implementation process as they arise.

The appraisers from the Cushman & Wakefield firm have completed site visits for nearly all of the properties in the settlement. The firm has also issued nearly six hundred Market Rent Studies as required by the Agreement and has advised the parties that it expects to complete the remaining studies by the end of this month. The parties continue to review the studies for accuracy on a rolling basis, and have held regular conferences with Cushman & Wakefield representatives on various issues throughout the settlement implementation process. The parties also continue to make progress in reaching final market rent conclusions and calculating damages for each property. As part of that effort, the parties are in the process of exchanging information necessary for the computation of damages for individual properties.

Despite the parties' best efforts, and in large part due to the fact that final Market Rent Studies have not yet been obtained for all of the properties in the settlement, the parties have determined that it is necessary to defer the remaining payment dates set forth in the Agreement by approximately two and one-half months. Specifically, the parties have agreed to: (1) defer the deadline for the second government payment, previously set for January 31, 2008, to April 15, 2008, and (2) defer the deadline for the final government payment, previously set for April 15, to June 30, 2008. The parties have also agreed that this modification to the payment schedule shall not in any way impact the substantive rights of the parties under the Agreement.

In sum, the parties are pleased with the progress of the settlement implementation to date, and expect the process to be completed by the second quarter of 2008 in accordance with the revised schedule set forth above.

Respectfully submitted,

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
Eckland & Blando LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*

Dated: February 11, 2008

JEFFREY BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, Room 8012
Washington, D.C. 20530
Telephone: (202) 616-8275
Facsimile: (202) 305-7643

*Attorneys for Defendant*

Dated: February 11, 2008